UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: __25-CR-20142__

UNITED STATES OF AMERICA,
        Plaintiff,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Carlos Rodriguez Melendez
        Defendant.
_____/

COMES NOW __Nayib Hassan__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): __Nayib Hassan__

Counsel's Signature: _____

Address (include City/State/Zip Code):
6175 NW 153 St. Ste. 209
Miami Lakes, FL 33014

Telephone: __305-403-7727__   Florida Bar Number: __20545__

Date: __4/8/25__