UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-20142 CR- Altman

UNITED STATES OF AMERICA,
        Plaintiff,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

Leslie Roberts
        Defendant.
_____/

COMES NOW _Jason M. Wandner_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Jason M. Wandner

Counsel's Signature: _[signature]_

Address (include City/State/Zip/Code):

Telephone: 7864121505    Florida Bar Number: 0114960

Date: 4/9/25