# MINUTE ORDER

Page 7

## Magistrate Judge Ellen F. D'Angelo

King Building Courtroom 10-4          Date: 4/9/25     Time: 2:00 p.m.

Defendant: 1) Leslie Howard Roberts     J#: 19733-004     Case #: 25-CR-20142-ALTMAN/LETT(SEALED)
AUSA: Joshua Pastor                    Attorney: Jason Wandner (TEMP)
Violation: Consp to Commit Wire Fraud. Wire Fraud. Money Laundering.     Surr/Arrest Date: 04/09/25     YOB: 1962

Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held: ○ Yes ○ No     Recommended Bond:
Bond Set at: STIP $250,000 PSB          Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment
- [x] No contact with victims/co-defts, except through counsel
- [ ] No firearms
- [x] Not to encumber property
- [ ] May not visit transportation establishments
- [x] Home Confinement/Electronic Monitoring (tech at discretion of PTS)
      **Curfew** 11:00 pm to 8:00 am, paid by Deft
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SD/FL no travel without prior approval
- [x] Other: No employment in financial & art industry

Language: English

Disposition:
 Defendant advised of rights. Notice of Temp Appearance filed. Govt's Ore Tenus request to unseal – redact indictment – Granted. The parties stipulate to $250,000 PSB. Defendant released. Bond paperwork due by 4/17/25.

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel: 4/22/25 @ 10 am MIAMI DUTY
PTD/Bond Hearing:
Prelim/**Arraign** or Removal: 4/22/25 @ 10 am MIAMI DUTY
Status Conference RE:
D.A.R. 15:25:58                                  Time in Court: 23

s/Ellen F. D'Angelo                              Magistrate Judge