# MINUTE ORDER

Page 8

## Magistrate Judge Ellen F. D'Angelo

**King Building Courtroom 10-4**                     Date: 4/9/25        Time: 2:00 p.m.

---

**2 DEFENDANTS**

Defendant: 2) Carlos Miguel Rodriguez Melendez   J#: 72290-511   Case #: 25-CR-20142-ALTMAN/LETT(SEALED)

AUSA: Joshua Paster                          Attorney: Nayib Hasaan - TEMP

Violation: Consp to Commit Wire Fraud            Surr/Arrest Date: 04/09/25    YOB: 1987

Proceeding: Initial Appearance                   CJA Appt:

Bond/PTD Held: ⊙  ⊙                      Recommended Bond:

Bond Set at: STIP - $50,000 PSB                  Co-signed by: Iris Melendez (sister)

Language: Spanish

| | |
|---|---|
| ☑ | Surrender and/or do not obtain passports/travel docs |
| ☑ | Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person |
| ☐ | Random urine testing by Pretrial Services _____ Treatment as deemed necessary |
| ☐ | Refrain from excessive use of alcohol |
| ☐ | Participate in mental health assessment & treatment |
| ☐ | Maintain or seek full-time employment/education |
| ☑ | No contact with victims/co-defts except through counsel |
| ☐ | No firearms |
| ☐ | Not to encumber property |
| ☑ | May not visit transportation establishments |
| ☑ | Home Confinement/Electronic Monitoring (tech) at PTS discretion **Curfew** 8:00 ____ pm to 8:00 ____ am, paid by PTS discretion |
| ☐ | Allowances: Medical needs, court appearances, attorney visits, religious, employment |
| ☑ | Travel extended to:  SD.FL |
| ☐ | Other: |

Disposition:
Defendant advised of rights. Notice of Temp Appearance filed. Government's Ore Tenus request to unseal / redact Indictment – Granted. The parties stipulate to $50,000 PSB with co-signer.

Time from today to _____ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   Date:        Time:        Judge:            Place:

Report RE Counsel: 4/18/25 @ 10 am MIAMI DUTY

PTD/Bond Hearing:

Prelim/**Arraign** or Removal: 4/18/25 @ 10 am MIAMI DUTY

Status Conference RE:

D.A.R. 15:48:46                          Time in Court: 14 mins

s/Ellen F. D'Angelo                          Magistrate Judge