# COURT MINUTES

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**   Date: 4/18/2025   Time: 10:00 a.m.

Defendant: **Carlos Miguel Rodriguez**   J#: **BOND**   Case #: **25-CR-20142-ALTMAN**
AUSA: **Roger Cruz**   Attorney: **Nayib Hasaan (PERM)**
Violation: **Consp to Commit Wire Fraud**
Proceeding: **Arraignment**   CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:
Bond Set at: **STIP- $50K PSB**   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: **Spanish**

Disposition:
**\*\*Brady Order Given**
**Permanent Notice of Appearance filed see DE [15].**
**\*\*Defendant Arraigned\*\***
Defense Ore Tenus Motion to enter Standing Discovery Order – **GRANTED.**

*All further proceedings before Judge Altman*

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. **10:37:17**   Time in Court: **2 mins**