UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20142-CR-ALTMAN/LETT

UNITED STATES OF AMERICA

v.

CARLOS MIGUEL RODRIGUEZ MELENDEZ,

Defendant.
_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida ("this Office") and defendant Carlos Miguel Rodriguez Melendez (hereinafter referred to as the "defendant" or "RODRIGUEZ") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

In or around 2023, RODRIGUEZ met co-defendant Leslie Roberts at Roberts' business, Miami Fine Art Gallery ("MFA"), an art gallery located at 3180 Commodore Plaza in Miami, Florida. RODRIGUEZ occasionally completed odd jobs and tasks for Roberts for MFA.

## CO-CONSPIRATORS AND THE CONSPIRACY

In or around January 2024, at the direction of Roberts, RODRIGUEZ went to the residence of M.P. to view artwork J.P. and R.P. had purchased from ROBERTS.

At Roberts' direction, RODRIGUEZ dressed in all black, and Roberts provided

a business card that listed RODRIGUEZ as Senior Art Appraisal Authenticator for Auction Company 2 Art Team, with an address and telephone number synonymous with Auction Company 2's address and telephone number. A second individual represented herself as Maria J Urdaneta Frites and Roberts provided a business card that listed her title as Warhol Art Appraisal Authenticator, Auction Company 2 Art Team, with an address and telephone number synonymous with Auction Company 2's address and telephone number. RODRIGUEZ and Urdaneta wore black outfits and white gloves, took the Warhol artwork off the walls and inspected the front and back of the artworks. After doing so, RODRIGUEZ and Urdaneta claimed that the pieces were authentic Warhol pieces.

RODRIGUEZ was never employed by Auction Company 2. Roberts had created the business cards to further the fraud.

Roberts paid RODRIGUEZ $5,500 in exchange for his participation in the scheme.

The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but the parties admit it is sufficient to prove beyond a reasonable doubt a violation of Title 18, United States Code, Section 1349, that, is, Conspiracy to Commit Wire Fraud, as charged in the Indictment.

|  |  |
|---|---|
|  | HAYDEN P. O'BYRNE<br>UNITED STATES ATTORNEY |
| Date: 6/23/25 | By: _____<br>LINDSEY LAZOPOULOS FRIEDMAN<br>ASSISTANT UNITED STATES ATTORNEY |
| Date: 6/23/25 | By _____<br>NAYIB HASSAN<br>ATTORNEY FOR DEFENDANT |
| Date: 06/23/25 | By: _____<br>CARLOS MIGUEL RODRIGUEZ MELENDEZ<br>DEFENDANT |