**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20142-ALTMAN**

**UNITED STATES OF AMERICA**

**v.**

**CARLOS MIGUEL RODRIGUEZ MELENDEZ,**

**Defendant.**

**NOTICE ON FORFEITURE**

The United States files this notice on forfeiture.

On September 12, 2015, the Court entered a Judgment, Dkt. No. 63 directing the United States to file a preliminary order of forfeiture within three days. The United States is not pursuing federal judicial forfeiture against Defendant Carlos Miguel Rodriguez Melendez at this time.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: *_/s/ Nicole Grosnoff_*

Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089