UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

                               CASE NUMBER 25-20142-CR-ALTMAN/LETT

v.

LESLIE H. ROBERTS

    Defendant.

_____/

## DEFENDANT'S AGREED MOTION TO MODIFY BOND CONDITIONS RELATING TO SALE OF REAL PROPERTY

COMES NOW, the Defendant, LESLIE ROBERTS, by and through Undersigned Counsel, and hereby files this Agreed Motion to Modify his Bond Conditions relating to the sale of Real Property, and hereby states as follows:

1. The Defendant, Leslie Roberts, was charged in a multi-count Indictment involving art related wire fraud.

2. On or about April 30, 2025, Mr. Roberts was released from custody subsequent to the execution of a bond. [DE 23].

3. The term of the bond included a $250,000.00 personal surety with the co-signing of the bond by the Defendant's ex-wife, Silvia Castro Roberts. Accompanying the co-signature, paragraph "l" of the special conditions of bond

included the limitation for Silvia Castro Roberts not to sell or hypothecate her real property.

4. Silvia Castro Roberts now needs to sell her real property, and both the Government and the Defense agree that she should be able to sell the real property without limitation.

5. Defendant has complied with all of his pre-Trial conditions, and the parties both agree that the sale of the real property will not affect his further appearance in Court.

6. As such, Defendant requests this Court to strike paragraph "l" from the Special Conditions of bond.

WHEREFORE, the Defendant requests this Court to grant the requested relief and any other relief which is just and proper.

*I HEREBY CERTIFY* that all current counsel of record have been served with a copy of the foregoing document on this 18th day of September, 2025.

Respectfully Submitted,

**JASON M. WANDNER, P.A.**
*Attorney for the Defendant*
100 N. Biscayne Blvd, Suite 1607
Miami, FL 33132
Telephone: (786)412-1505
*/s/ Jason M. Wandner*
**JASON M. WANDNER**
Florida Bar No. 0114960
Email: Jason@wandnerlaw.com

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing document was electronically filed with the Clerk CMF/E-Fling on this 18th day of September, 2025, on all parties of record in the manner.

/s/ *Jason M. Wandner*
JASON M. WANDNER
Florida Bar No. 0114960