**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 025-CR-20142-RKA

UNITED STATES OF AMERICA,                   §
                                            §
            Plaintiff,                       §
      v.                                     §
                                            §
                                            §
LESLIE ROBERTS, et al,                       §
                                            §
            Defendants.                      §

**NOTICE OF CHANGE OF ADDRESS/EMAIL**

PLEASE TAKE NOTICE that undersigned former counsel for the United States, Lindsey

Lazopoulos Friedman, hereby notifies the Court and all parties of record of the following change

of contact information:

**OLD**: United States Attorney's Office, 99 Ne 4ᵗʰ, Miami, FL 33132, Tel: 305.961.9168,
Fax: 305.536.7214, Email:Lindsey.Friedman@usdoj.Gov

**NEW**: Holtzman Vogel Baran Torchinsky & Josefiak, PLLC, 2333 Ponce de Leon Blvd.,
Suite 600. Coral Gables, FL 33134, Telephone: 305-379-1601, Email:
lfriedman@holtzmanvogel.com

Lindsey Lazopoulos Friedman is no longer a prosecutor or employee of the United States

Attorney's Office or the Department of Justice.

April 17, 2026

                                 Respectfully submitted,

                                  */s/Lindsey L. Friedman*
                                 Lindsey Lazopoulos Friedman (Fla. Bar No. 091792)
                                 lfriedman@holtzmanvogel.com
                                 2333 Ponce de Leon Blvd.,
                                 Suite 600.
                                 Coral Gables, FL 33134
                                 Telephone: 305-379-1601

Jeffrey S. Beelaert (*pro hac vice forthcoming*)
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Office: (208) 388-1200
jbeelaert@givenspursley.com

*Counsel for Defendants FSD Bioscience, Inc. and
FSD Pharma, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 17, 2026, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF and has been served via CM/ECF on all counsel of record.

*/s/ Lindsey L. Friedman*
Lindsey Lazopoulos Friedman