**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cr-20142-ALTMAN**

**UNITED STATES OF AMERICA,**

*v.*

**LESLIE HOWARD ROBERTS,**

*Defendant.*
_______________________________/

**ORDER**

The Defendant, Leslie Howard Roberts, has filed an Unopposed Motion to Unseal the Criminal Case [ECF No. 82] ("Motion to Unseal"). After reviewing the record, we hereby **ORDER AND ADJUDGE** that the Motion to Unseal the case [ECF No. 82] is **GRANTED**. The Clerk of Court is **DIRECTED** to **UNSEAL** the case as to Leslie Howard Roberts only while leaving all individual docket entries sealed, as directed by the Court.

**DONE AND ORDERED** in the Southern District of Florida on July 31, 2026.

_______________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Sealed Clerk